# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as Trustee, as successor by merger to LaSalle Bank National Association, as Indenture Trustee for the holders of the Accredited Mortgage Loan Trust 2005-3 Asset Backed Notes<br><br>    **Plaintiff**<br><br>   vs.<br><br>Mary S. Shelley<br><br><br>    **Defendant**<br>Gemini Capital Group, LLC<br>Sharon A. Shelley<br><br>   **Party-In-Interest** | CIVIL ACTION NO:<br><br><br><br><br><br><br><br>**COMPLAINT**<br><br>RE:<br>6 Bridge Lane, Hermon, ME 04401<br><br>Mortgage:<br>August 1, 2005<br>Book 10029, Page 199<br>Penobscot County Registry of Deeds |

NOW COMES the Plaintiff, U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as Trustee, as successor by merger to LaSalle Bank National Association, as Indenture Trustee for the holders of the Accredited Mortgage Loan Trust 2005-3 Asset Backed Notes, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby complains against the Defendant, Mary S. Shelley, as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendant are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs. Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested

party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the object of this litigation is a Note executed under seal currently owned and held by U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as Trustee, as successor by merger to LaSalle Bank National Association, as Indenture Trustee for the holders of the Accredited Mortgage Loan Trust 2005-3 Asset Backed Notes, in which Mathew Shelley a/k/a Matthew Shelley, is the obligor and the total amount owed under the terms of the Note is Eighty-Four Thousand Thirty-One and 62/100 ($84,031.62) Dollars, plus attorney fees and costs associated with the instant action; thus, the amount in controversy exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars.

3. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

4. U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as Trustee, as successor by merger to LaSalle Bank National Association, as Indenture Trustee for the holders of the Accredited Mortgage Loan Trust 2005-3 Asset Backed Notes is a corporation with its principal place of business located at 425 Walnut Street, Cincinnati, OH 45202.

5. The Defendant, Mary S. Shelley, is a resident of Hermon, County of Penobscot and State of Maine.

6. The Party-in-Interest, Gemini Capital Group, LLC, is located at 180 S. Broadway, Suite 406, White Plains, NY 10605.

7. The Party-in-Interest, Sharon A. Shelley, is located at 6 Bridge Lane, Hermon, ME 04401.

## FACTS

8. On August 1, 2005, by virtue of a Warranty Deed from Burrill A. Bridge and Corrine A. Bridge, which is recorded in the Penobscot County Registry of Deeds in **Book 10029, Page 197**, the property situated at 6 Bridge Lane, City/Town of Hermon, County of Penobscot, and State of Maine, was conveyed to Mathew Shelley and Mary S. Shelley, being more particularly described by the attached legal description. *See* Exhibit A (a true and correct copy of the legal description is attached hereto and incorporated herein).

9. On August 1, 2005, Mathew Shelley a/k/a Matthew Shelley, executed and delivered to Accredited Home Lenders, Inc. a certain Note under seal in the amount of $76,500.00. *See* Exhibit B (a true and correct copy of the Note is attached hereto and incorporated herein).

10. To secure said Note, on August 1, 2005, Mary S. Shelley and Mathew Shelley a/k/a Matthew Shelley executed a Mortgage Deed in favor of Mortgage Electronic Registration Systems, Inc., as nominee for Accredited Home Lenders, Inc., securing the property located at 6 Bridge Lane, Hermon, ME 04401 which Mortgage Deed is recorded in the Penobscot County Registry of Deeds in **Book 10029**, **Page 199**. *See* Exhibit C (a true and correct copy of the Mortgage is attached hereto and incorporated herein).

11. Upon information and belief, Mathew Shelley a/k/a Matthew Shelley died on June 23, 2017.

12. The Mortgage was then assigned to U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as Trustee, as successor by merger to LaSalle Bank National Association, as Indenture Trustee for the holders of the Accredited Mortgage Loan Trust 2005-3 Asset Backed Notes by virtue of an Assignment of Mortgage dated March 1,

2019 and recorded in the Penobscot County Registry of Deeds in **Book 15099**, **Page 145**. *See* Exhibit D (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

13. The Mortgage was further assigned to U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as Trustee, as successor by merger to LaSalle Bank National Association, as Indenture Trustee for the holders of the Accredited Mortgage Loan Trust 2005-3 Asset Backed Notes by virtue of a Quitclaim Assignment dated April 16, 2020 and recorded in the Penobscot County Registry of Deeds in **Book 15509**, **Page 274**. *See* Exhibit E (a true and correct copy of the Quitclaim Assignment is attached hereto and incorporated herein).

14. On September 24, 2020, the Defendant, Mary S. Shelley, was sent a Notice of Mortgagor's Right to Cure, as evidenced by the Certificate of Mailing (herein after referred to as the "Demand Letter"). *See* Exhibit F (a true and correct copy of the Demand Letter is attached hereto and incorporated herein).

15. The Demand Letter informed the Defendant, Mary S. Shelley, of the payment due date, the total amount necessary to cure the default, and the deadline by which the default must be cured, which was thirty-five (35) days from receipt of the Demand Letter. *See* Exhibit F.

16. The Defendant, Mary S. Shelley, failed to cure the default prior to the expiration of the Demand Letter.

17. The Plaintiff, U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as Trustee, as successor by merger to LaSalle Bank National Association, as Indenture Trustee for the holders of the Accredited Mortgage Loan Trust 2005-3 Asset Backed Notes, is the present holder of the Note pursuant to endorsement by the previous holder (if applicable), payment of value and physical possession of the Note in conformity with 11 M.R.S. § 3-1201, et seq., and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929).

18. The Plaintiff, U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as Trustee, as successor by merger to LaSalle Bank National Association, as Indenture Trustee for the holders of the Accredited Mortgage Loan Trust 2005-3 Asset Backed Notes, is the lawful holder and owner of the Note and Mortgage.

19. The Plaintiff, U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as Trustee, as successor by merger to LaSalle Bank National Association, as Indenture Trustee for the holders of the Accredited Mortgage Loan Trust 2005-3 Asset Backed Notes, hereby certifies that all steps mandated by law to provide notice to the mortgagor pursuant to 14 M.R.S.A. § 6111 and/or Note and Mortgage were strictly performed.

20. Gemini Capital Group, LLC is a Party-in-Interest pursuant to a Writ of Execution in the amount of $5,076.10 dated September 20, 2010, and recorded in the Penobscot County Registry of Deeds in **Book 12318**, **Page 57** and is in second position behind Plaintiff's Mortgage.

21. Sharon A. Shelley is a Party-in-Interest pursuant to a Lifetime Real Estate Lease recorded on April 5, 2018 in the Penobscot County Registry of Deeds in **Book** 14778, **Page** 187 and is subject to the Mortgage. Upon information and belief, Sharon A. Shelley resides at the subject property and additionally is in breach of the aforesaid lease. *See* Exhibit G (a true and correct copy of the Lifetime Real Estate Lease is attached hereto and incorporated herein).

22. The total debt owed under the Note and Mortgage as of May 19, 2022 is Eighty-Four Thousand Thirty-One and 62/100 ($84,031.62) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $60,093.93 |
| Interest | $12,480.31 |
| Late Fees | $228.40 |
| Escrow/Impound Advance Balance | $9,026.03 |

| | |
|---|---|
| Interest on Advances | $69.37 |
| Loan Level Advance Balance | $2,133.58 |
| Grand Total | $84,031.62 |

23. Upon information and belief, the Defendant, Mary S. Shelley, is presently in possession of the subject property originally secured by the Mortgage.

## COUNT I – FORECLOSURE AND SALE

24. The Plaintiff, U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as Trustee, as successor by merger to LaSalle Bank National Association, as Indenture Trustee for the holders of the Accredited Mortgage Loan Trust 2005-3 Asset Backed Notes, repeats and re-alleges paragraphs 1 through 23 as if fully set forth herein.

25. This is an action for foreclosure and sale respecting a real estate related Mortgage and title located at 6 Bridge Lane, Hermon, County of Penobscot, and State of Maine. *See* Exhibit A.

26. The Plaintiff, U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as Trustee, as successor by merger to LaSalle Bank National Association, as Indenture Trustee for the holders of the Accredited Mortgage Loan Trust 2005-3 Asset Backed Notes, is the holder of the Note referenced in Paragraph 8 pursuant to endorsement by the previous holder (if applicable) and physical possession of the aforesaid Note in conformity with Title 11, section 3-1201, et seq. of the Maine Revised Statutes and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929). As such, Plaintiff, U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as Trustee, as successor by merger to LaSalle Bank National Association, as Indenture Trustee for the holders of the Accredited Mortgage Loan Trust 2005-3 Asset Backed Notes, has the right to foreclosure and sale upon the subject property.

27. The Plaintiff, U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as Trustee, as successor by merger to LaSalle Bank National Association, as Indenture Trustee for the holders of the Accredited Mortgage Loan Trust 2005-3 Asset Backed Notes, is the current owner and investor of the aforesaid Mortgage and Note.

28. The Defendant, Mary S. Shelley, are presently in default on said Mortgage and Note, having failed to make the monthly payment due December 1, 2019, and all subsequent payments, and, therefore, have breached the condition of the aforesaid Mortgage and Note.

29. The total debt owed under the Note and Mortgage as of May 19, 2022 is Eighty-Four Thousand Thirty-One and 62/100 ($84,031.62) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $60,093.93 |
| Interest | $12,480.31 |
| Late Fees | $228.40 |
| Escrow/Impound Advance Balance | $9,026.03 |
| Interest on Advances | $69.37 |
| Loan Level Advance Balance | $2,133.58 |
| Grand Total | $84,031.62 |

30. The record established through the Penobscot County Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein.

31. By virtue of the Defendant, Mary S. Shelley's breach of condition, the Plaintiff hereby demands a foreclosure and sale on said real estate.

32. Notice in conformity with 14 M.R.S.A. § 6111 and/or Note and Mortgage was sent to the Defendant, Mary S. Shelley, on September 24, 2020, evidenced by the Certified Mail Tracking Number. *See* Exhibit F.

33. The Defendant, Mary S. Shelley, is not in the Military as evidenced by the attached Exhibit H.

## PRAYERS FOR RELIEF

WHEREFORE, the Plaintiff, U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as Trustee, as successor by merger to LaSalle Bank National Association, as Indenture Trustee for the holders of the Accredited Mortgage Loan Trust 2005-3 Asset Backed Notes, prays this Honorable Court:

a) Issue a judgment of foreclosure and sale in conformity with Title 14 § 6322;

b) Grant possession to the Plaintiff, U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as Trustee, as successor by merger to LaSalle Bank National Association, as Indenture Trustee for the holders of the Accredited Mortgage Loan Trust 2005-3 Asset Backed Notes, upon the expiration of the period of redemption;

c) Find that the Defendant, Mary S. Shelley, is not personally liable and accordingly, this action does not seek any personal liability on the part of the Defendant, but only seeks *in rem* judgment against the property, is in breach of the Mortgage by failing to make payment due as of December 1, 2019, and all subsequent payments;

d) Impose the applicable time periods for redemption, etc. as reflected in M.R.S.A § 6322.

e) Find that while the Defendant, Mary S. Shelley, has no personal liability in this matter, a Judgment of Foreclosure and Sale in this matter can be imposed *in rem* against the property commonly known as and numbered as 6 Bridge Lane, Hermon, ME 04401; and

f) For such other and further relief as this Honorable Court deems just and equitable.

Respectfully Submitted,
U.S. Bank National Association, as Trustee, as successor-in-interest to Bank of America,

| | N.A., as Trustee, as successor by merger to LaSalle Bank National Association, as Indenture Trustee for the holders of the Accredited Mortgage Loan Trust 2005-3 Asset Backed Notes, |
|---|---|
| | By its attorneys, |
| Dated: June 9, 2022 | /s/Reneau J. Longoria, Esq.<br>Reneau J. Longoria, Esq. Bar No. 005746<br>Attorney for Plaintiff<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center, Suite 303C<br>Beverly, MA 01915<br>(978) 921-2670<br>RJL@dgandl.com |