Recording Requested By:
Select Portfolio Servicing, Inc.
When recorded return to :
Richmond Monroe Group
82 Jim Linegar LN
Branson West, MO. 65737
SPS # SHR
TS Ref #:

## CORPORATE ASSIGNMENT OF MORTGAGE

ME/PENOBSCOT
MERS #: / MERS Phone #: (888) 679-6377

Assignment Prepared on: February 26, 2019

**Assignor:** MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS NOMINEE FOR ACCREDITED HOME LENDERS, INC., A CALIFORNIA CORPORATION, ITS SUCCESSORS AND ASSIGNS, at P.O. Box 2026, Flint, MI, 48501-2026

**Assignee:** U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO BANK OF AMERICA, N.A., AS TRUSTEE, AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR THE HOLDERS OF THE ACCREDITED MORTGAGE LOAN TRUST 2005-3 ASSET BACKED NOTES, at C/O SELECT PORTFOLIO SERVICING, INC., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT, 84119

For value received, the Assignor does hereby grant, assign, transfer and convey, unto the above-named Assignee all interest under that certain Mortgage Dated: 8/1/2005, in the amount of $76,500.00, executed by MATTHEW SHELLEY AND MARY S. SHELLEY, HUSBAND AND WIFE to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS NOMINEE FOR ACCREDITED HOME LENDERS, INC. A CALIFORNIA CORPORATION, ITS SUCCESSORS AND ASSIGNS and Recorded: 8/11/2005, Instrument #: 29934, Book: 10029, Page: 199 in PENOBSCOT County, State of MAINE.

Property Address: 6 BRIDGE LANE, HERMON, ME, 04401

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS")

On: MAR 01 2019
By: [signature]
Name: MARCO VILLAGRAN
Title: ASSISTANT SECRETARY

State of UTAH
County of SALT LAKE

On MAR 01 2019, before me, Lacee Blanchfield, a Notary Public in and for SALT LAKE in the State of UTAH, personally appeared Marco Villagran, Assistant Secretary, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,
[signature]
Lacee Blanchfield
Notary Expires: 12/20/2020 / #: 692617

LACEE BLANCHFIELD
Notary Public State of Utah
My Commission Expires on:
December 20, 2020
Comm. Number: 692617

ME/PENOBSCOT


EXHIBIT D