Recording Requested By:
RICHMOND MONROE GROUP

When recorded return to : RRR
Richmond Monroe Group
82 Jim Linegar LN
Branson West, MO. 65737
SPS #

---

## QUIT CLAIM ASSIGNMENT OF MORTGAGE

Penobscot, Maine  REFERENCE #:  "SHELLEY"
INVESTOR #:
Assignment Prepared on: April 9th, 2020.

WHEREAS, ACCREDITED HOME LENDERS, INC. A CALIFORNIA CORPORATION is identified as the "Lender" on a certain mortgage executed by MATTHEW SHELLEY AND MARY S. SHELLEY, HUSBAND AND WIFE and being Dated: 08/01/2005 Recorded: 08/11/2005 in Book/Reel/Liber: 10029 Page/Folio: 199 as Instrument No.: 29934 (hereinafter the "Mortgage");

Property Address: 6 BRIDGE LANE, HERMON, ME 04401

WHEREAS, ACCREDITED HOME LENDERS, INC. A CALIFORNIA CORPORATION wishes to convey and assign and quitclaim any and all rights it may have under the Mortgage to U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO BANK OF AMERICA, N.A., AS TRUSTEE, AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR THE HOLDERS OF THE ACCREDITED MORTGAGE LOAN TRUST 2005-3 ASSET BACKED NOTES ; and

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") is designated the mortgagee in the Mortgage as the nominee of ACCREDITED HOME LENDERS, INC. A CALIFORNIA CORPORATION , its successors and assigns and, upon recording of the Mortgage, became the mortgagee of record;

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS had in the Mortgage.

Accordingly, ACCREDITED HOME LENDERS, INC. A CALIFORNIA CORPORATION hereby conveys, assigns and quit claims to U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO BANK OF AMERICA, N.A., AS TRUSTEE, AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR THE HOLDERS OF THE ACCREDITED MORTGAGE LOAN TRUST 2005-3 ASSET BACKED NOTES all of its rights, title and interests (whatever they may be, if any) in the Mortgage to U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO BANK OF AMERICA, N.A., AS TRUSTEE, AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR THE HOLDERS OF THE ACCREDITED MORTGAGE LOAN TRUST 2005-3 ASSET BACKED NOTES.

IN WITNESS WHEREOF, the officer duly authorized, has signed, sealed and delivered the foregoing instrument.

ACCREDITED HOME LENDERS, INC. BY SELECT PORTFOLIO SERVICING, INC., ITS ATTORNEY IN FACT
On _4/16/20_
By: _____
    Bryan Ball, DOCUMENT CONTROL OFFICER

STATE OF UTAH
COUNTY OF SALT LAKE

On APR 1 6 2020, before me, Rylie Naylor, a Notary Public in and for SALT LAKE in the State of UTAH, personally appeared Bryan Ball, DOCUMENT CONTROL OFFICER, SELECT PORTFOLIO SERVICING, INC., personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,
Notary Expires: FEB 2 0 2024

RYLIE NAYLOR
Notary Public State of Utah
My Commission Expires on:
February 20, 2024
Comm. Number: 710540

(This area for notarial seal)

BILL KOCH

SUSAN F. BULAY, REGISTER
PENOBSCOT COUNTY MAINE E-RECORDED


EXHIBIT E