# *LIFETIME REAL ESTATE LEASE*

This Lease Agreement (this "Lease") is made effective as of October 05, 1996, by and between
Mary S. Shelley,
("Landlord"), and
Sharon A. Shelley,
("Tenant"). The parties agree as follows:

**PREMISES.** Landlord, in consideration of the lease payments provided in this Lease, leases to
Tenant Small House know as Unit #2 (the "Premises") located at Route #2 - Bridge Lane,
Hermon, Maine 04401.

**TERM.** The lease term will begin on October 05, 1996 and will terminate on Upon death of
Tenent or before if Tenent should so chose.

**LEASE PAYMENTS.** Tenant shall pay to Landlord monthly payments of $205.00 per month,
payable in advance on the fifth day of each month, for a total annual lease payment of $2,460.00.
Lease payments shall be made to the Landlord at RR #2-Box 5310, Bangor (Hermon), Maine
04401; which may be changed by Tenent from time to time to reflect changes in Property Taxes
or the end of the Mortgage payments.

**POSSESSION.** Tenant shall be entitled to possession on the first day of the term of this Lease,
and shall yield possession to Landlord on the last day of the term of this Lease, unless otherwise
agreed by both parties in writing.

**USE OF PREMISES/ABSENCES.** Tenant shall occupy and use the Premises as a dwelling
unit. Tenant shall notify Landlord of any anticipated extended absence from the Premises not
later than the first day of the extended absence.

**PROPERTY INSURANCE.** Landlord and Tenant shall each be responsible to maintain
appropriate insurance for their respective interests in the Premises and property located on the
Premises.

**HABITABILITY.** Tenant has inspected the Premises and fixtures (or has had the Premises
inspected on behalf of Tenant), and acknowledges that the Premises are in a reasonable and
acceptable condition of habitability for their intended use, and the agreed lease payments are fair
and reasonable. If the condition changes so that, in Tenant's opinion, the habitability and rental
value of the Premises are adversely affected, Tenant shall promptly provide reasonable notice to
Landlord.

**NOTICE.** Notices under this Lease shall not be deemed valid unless given or served in writing



EXHIBIT
G   4

and forwarded by mail, postage prepaid, addressed as follows:

LANDLORD:

Name:     Mary S. Shelley
Address:  RR #2 -Box 5310
          Bangor, ME 04401


TENANT:

Name:     Sharon A. Shelley
Address:  RR #2-Box 5300
          Bangor, ME 04401

Such addresses may be changed from time to time by either party by providing notice as set forth above.

**ENTIRE AGREEMENT/AMENDMENT.** This Lease Agreement contains the entire agreement of the parties and there are no other promises or conditions in any other agreement whether oral or written. This Lease may be modified or amended in writing, if the writing is signed by the party obligated under the amendment.

**SEVERABILITY.** If any portion of this Lease shall be held to be invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable. If a court finds that any provision of this Lease is invalid or unenforceable, but that by limiting such provision it would become valid and enforceable, then such provision shall be deemed to be written, construed, and enforced as so limited.

**CUMULATIVE RIGHTS.** The rights of the parties under this Lease are cumulative, and shall not be construed as exclusive unless otherwise required by law.

**GOVERNING LAW.** This Lease shall be construed in accordance with the laws of the State of Maine.

**ADDITIONAL PROVISIONS.** This is a Lifetime lease between the Landlord and Tenent in which the Tenent agrees to pay 1/3 (one third) of the mortgage payment, the Property Taxes relating exclusively to this unit and repairs necessary on the Property ( this is included in the $205.00 monthly rent paid, which is broken down as follows:$133.33 applied toward the Mortgage amount of $15,356.03 until such amount is paid in full, after such time it will be applied toward any outstanding repairs. $20.75 applied toward Property Taxes (this figure will be adjusted according to current Property Tax) and remaining amount to applied toward outstanding repairs). In exchange for the above payment arrangement the Tenent has the sole, exclusive right

to occupy the Unit until she choses to vacate or dies whichever comes first. At such time all interest in the property reverts back to the Landlord.

LANDLORD:

Mary S. Shelley

_Mary S. Shelley_
Mary S. Shelley
Owner

TENANT:

Sharon A. Shelley

_Sharon A. Shelley_
Sharon A. Shelley
Tenant

Personally appeared the above named Mary S. Shelley and Sharon A. Shelley and acknowledged the signing of the foregoing instrument to be their free act and deed.

Before Me:

_Nelia A Higgins_
Notary Public
My Commission expires Oct. 13, 2004

(SEAL)

Susan F. Bulay, Register
Penobscot County, Maine

- 4 -